AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Sack, Robert D | 2. Court or Organization<br><br>US Court of Appeals, 2d Cir. | 3. Date of Report<br><br>04/03/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>40 Foley Square<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | William F. Kerby and Robert S. Potter Fund |
| 2. | Lecturer in Law | Columbia Law School |
| 3. | Member, Columbia Board of Visitors | Columbia Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. | 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement between Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month, no increase, decrease or cap |
| 3. | | |

RECEIVED 2007 MAY 21 A 10: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Practising Law Institute Book Royalties | $ 14,125.61 |
| 2. 2006 | Gibson, Dunn & Crutcher LLP Retirement Plan | $ 72,000 |
| 3. 2006 | Lecturer in Law, Columbia Law School | $ 7,500 |
| 4. 2006 | Social Security | $ 24,672 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Dewey Ballantine Partnership Distribution |
| 2. 2006 | West Services Inc. |
| 3. 2006 | Social Security Disability Benefit |
| 4. 2006 | Northwestern Mutual Disability Payments |
| 5. 2006 | Katten Muchin Rosenman Retirement Payments |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Aspen Institute | 3/31-4/2/2006, Judicial Seminar, Maryland (Transportation, Lodging, Meals) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Aadvantage | Credit Card | J |
| 2. | Citibank Aadvantage | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan US Govt Money Market Morgan Shares Accts. | E | Dividend | O | T | buy | 12/4 | L | | |
| 3. | | | | | redemption | 12/4 | L | | |
| 4. | | | | | redemption | 12/5 | J | | |
| 5. | | | | | redemption | 12/18 | J | | |
| 6. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 7. Dewey Ballantine Partnership Capital Account | | None | K | T | | | | | |
| 8. GD&C 401(k): Dreyfus Treasury Cash Management-CL A | D | Interest | O | T | | | | | |
| 9. Oppenheimer Advantage Municipal Liquidity Fund | A | Dividend | K | T | | | | | |
| 10. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 11. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 12. Van Kampen Trust for Invt. Grade NY Municipals | A | Dividend | J | T | | | | | |
| 13. Oppenheimer NY Municipal Fund Cl A | C | Dividend | L | T | | | | | |
| 14. JPMorgan Chase Traditional IRA | A | Interest | J | T | | | | | |
| 15. Northwestern Mutual Life Insurance Policy | C | Dividend | L | T | | | | | |
| 16. Guardian Life Insurance Policy | A | Dividend | K | T | | | | | |
| 17. Massachusetts Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Bank Deposit Program (X) | A | Dividend | J | T | | | | | |
| 19. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | Dividend | K | T | | | | | |
| 20. MS New York Genl Oblig Ref Ser-C due 4/15/13 | A | Dividend | K | T | buy | 4/13 | K | | |
| 21. MS NYS DA SECD Hosp Interfaith Med Bond 5.25 due 2/15/14 | C | Interest | L | T | | | | | |
| 22. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | Dividend | K | T | | | | | |
| 23. Morgan Stanley Fed Home Ln Mtg Med Tm N 4% 10/15/10 | B | Interest | K | T | | | | | |
| 24. Morgan Stanley Fed Hm Ln Bk 4% 3/24/11 | B | Interest | K | T | | | | | |
| 25. Morgan Stanley FHLB 5.050% due 2/14/13 | B | Interest | K | T | | | | | |
| 26. Morgan Stanley FHL Mtg Corp Med Term N 5% due 9/15/15 | B | Interest | K | T | | | | | |
| 27. MS Fed Home Ln Mtg Corp Med Term N 5% due 9/15/16 | B | Interest | K | T | buy | 1/10 | K | | |
| 28. Morgan Stanley Global Dividend Growth Sec A | A | Dividend | J | T | | | | | |
| 29. Morgan Stanley Special Growth Fund B | A | Dividend | J | T | | | | | |
| 30. Morgan Stanley Special Value Fund A | B | Dividend | K | T | | | | | |
| 31. Morgan Stanley Special Growth Fund A | A | Dividend | J | T | | | | | |
| 32. MS Focus Growth Fd B (X) | A | Dividend | J | T | | | | | |
| 33. Morgan Stanley Global Advantage Fund A (X) | A | Dividend | J | T | sell | 4/13 | J | A | . |
| 34. Morgan Stanley Franklin NY Tax Free Inc B | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Oppen. AMT Free NY Municipal Fd B | C | Dividend | L | T | | | | | |
| 36. Fiduciary Holdings (SS) | D | Int./Div. | N | T | | | | | |
| 37. -Morgan Stanley Bank Deposit Program (X) | | | | | | | | | |
| 38. -Morgan Stanley MTA NY Transit Zero Coupon Bond due 7/1/13 | | | | | partial sell | 10/23 | L | | |
| 39. -Morgan Stanley Franklin NY Tax Free Inc B | | | | | | | | | |
| 40. -Morgan Stanley Oppen. AMT Free NY Municipal Fund B | | | | | | | | | |
| 41. State Street Bank Manhattan Fund | | None | J | T | | | | | |
| 42. Neuberger Berman IRA (X) | D | Distribution | | | | | | | |
| 43. -Artisan Mid-Cap | | | | | redemption | 10/13 | L | | |
| 44. -Artisan Sm Cap | | | | | redemption | 10/13 | K | | |
| 45. -EV Lg Cap Val A | | | | | redemption | 10/13 | M | | |
| 46. -Hotchis Wiley Small Cap | | | | | redemption | 10/13 | K | | |
| 47. -Janus Mid Cap Val | | | | | redemption | 10/13 | K | | |
| 48. -Cash Reserves Inv | | | | | redemption | 10/13 | J | | |
| 49. -Neuberger High Inc | | | | | redemption | 10/13 | K | | |
| 50. -T. Rowe Gwth Stk Adv | | | | | redemption | 10/13 | M | | |
| 51. -West Asset Core Plus | | | | | redemption | 10/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Wlm Blr Intl Gro N | | | | | redemption | 10/13 | L | | |
| 53.   MS Active Assets Tax Free Trust (AH) (X) | D | Dividend | O | T | | | | | |
| 54.   MS Commack UFSD BE 4000 19Nv15 (AH) (X) | A | Interest | | | buy | 7/26 | K | | |
| 55. | | | | | sell | 12/5 | K | | |
| 56.   MS Pioneer Amt Free Muni A (AH) (X) | A | Dividend | L | T | buy | 8/8 | L | | |
| 57. | | | | | buy | 12/5 | K | | |
| 58.   MS E V Amt Free Muni Bond A (AH) (X) | B | Dividend | L | T | buy | 7/28 | L | | |
| 59. | | | | | buy | 12/5 | K | | |
| 60.   MS Phoenix Insight Tax Exempt Bd A (AH) (X) | A | Dividend | L | T | buy | 9/1 | L | | |
| 61.   MS Oppenheimer Amt-Free NY Mun A (AH) (X) | A | Dividend | L | T | buy | 9/26 | L | | |
| 62.   MS American Tax-Exempt Bd Fd A (AH) (X) | A | Dividend | L | T | buy | 8/3 | L | | |
| 63. | | | | | buy | 12/5 | K | | |
| 64.   WRH Trust | A | Interest | | | | | | | |
| 65.   -Citibank NA Bank Deposit Program (X) | | | | | distributed | 9/28 | K | | |
| 66.   RHH Trust (X) | E | Int./Div. | O | T | acquired | 8/22 | P1 | | |
| 67.   -Citigroup Bank Deposit Account (X) | | | | | | | | | |
| 68.   -AGL Resources Inc. (X) | | | | | sell | 9/18 | J | | Loss. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Allegheny Energy Inc. (X) | | | | | sell | 9/18 | J | | Loss. |
| 70. -American Intl Group Inc. (X) | | | | | sell | 9/18 | K | A | |
| 71. -BP PLC Spons Adr (X) | | | | | sell | 9/18 | L | | Loss. |
| 72. -Coca-Cola Co. (X) | | | | | sell | 9/18 | N | | Loss. |
| 73. -Walt Disney Co. (X) | | | | | sell | 9/18 | N | | Loss. |
| 74. -Edison International (X) | | | | | sell | 9/18 | J | | Loss |
| 75. -1838 Bond Debenture Trading FD (X) | | | | | sell | 9/18 | J | | Loss. |
| 76. -General Electric Co. (X) | | | | | sell | 9/18 | L | B | |
| 77. -General Electric Capital Corp. Med Term Note due 6/15/09(X) | | | | | sell | 12/4 | O | C | |
| 78. -Microsoft Corp (X) | | | | | sell | 9/18 | K | B | |
| 79. -Wyeth (X) | | | | | sell | 9/18 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 18 and 37 on this 2006 Report, Morgan Stanley Bank Deposit Program, represent funds held in the Morgan Stanley Active Assets Money Trust in 2005. The Active Assets Money Trust is no longer reportable.

Line 32 on this 2006 Report, MS Focus Growth Fund B, was called Morgan Stanley American Opportunities B on the 2005 Report.

Line 33 on this 2006 Report, Morgan Stanley Global Advantage Fund A experienced a class exchange on 2/27. It was called Global Advantage Fund B, Line 27 on the 2005 Report.

On the 2005 Report, Lines 32 (JP Morgan Chase Accounts), 34 (MS Intl Bk for Recon & Dev Zero Coupon due 2/15/14 (JS)), 35 (MS Dividend Growth Securities Fund (JS)), Lines 43 through 45 (Neuberger Berman holdings), Line 46 (Phoenix Life Insurance Policy), and Lines 47 and 48 (Dean Witter holdings) that were part of the fiduciary holdings, are no longer part of the fiduciary holdings and so they are not reported on this 2006 Report. Another party now has control of these assets.

Line 96 and 97 on the 2005 report, Citibank NA Bank Deposit Program (Line 65 on this 2006 Report) and Blackrock Mun Target Tr were part of the WHR Trust, but they were not reported that way on the 2005 report. This is corrected on this 2006 report, but note that Blackrock Mun Target Tr was sold and distributed in 2005 and so it does not appear on this 2006 Report.

Lines 42 through 52 on this 2006 Report, Neuberger Berman IRA, was transferred to Morgan Stanley (Lines 53 through 63). No actual or taxable distribution occurred.

The stocks in the ███ Trust were distributed in 2004 and 2005 but the distributions were inadvertently omitted from the 2004 and 2005 Reports. The original acquisition of General Electric and Wyeth stocks were sold on May 24, 2004, and their proceeds partially distributed in 2004. A later acquisition of General Electric (Line 87 on the 2005 Report) and Wyeth (Line 88 on the 2005 Report), a ███ from another ███ received into the ███ Trust in July 2004, was distributed along with the other stocks in the ███ Trust in 2005. The stocks distributed in 2005 are AGL Resources Inc. (Line 92 on 2005 Report), Edison International (Line 93 on the 2005 Report), Allegheny Energy Inc. (Line 94 on the 2005 Report), 1838 Bond Debenture Trading Fd (Line 91 on the 2005 Report), General Electric Co. (Line 87 on the 2005 Report), Wyeth (Line 88 on the 2005 Report), and Citigroup SB Money Market (Line 95 on the 2005 Report). Blackrock Mun Target Tr, as noted on the 2005 Report, was sold and distributed. Since these stocks were not part of the ███ Trust at all in 2006, they are not listed on this 2006 Report.

The ███ Trust (Lines 66 through 79) represents an ███ that was aquired, all non-cash assets sold, and the proceeds substantially distributed in 2006.

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

In 2006, ███ also received Non-Investment Income as disability payments from Mass Mutual reportable under Part III-B.

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/03/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _5·/5·67_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544